FILED - GR
March 11, 2024 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JN /3-11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RICHARD JAY VANDERKOLK,**

    Plaintiff,

vs.

**CHRISTIAN PATRICK VILLANI,**

    Defendant.

Case No.: 1:23-cv-932

Judge: Robert J. Jonker

---

| | |
|---|---|
| Richard Jay VanderKolk, | Christian Patrick Villani |
| Plaintiff - In Pro Per | Defendant – In Pro Per |
| 9074 Brigadoon Ln North | 3370 Nina Way |
| West Olive, MI 49460 | Dillingham, AK 99576 |
| (616) 570-4599 | (907) 843-0292 |
| rickjvk@gmail.com | Llanichamp3@gmail.com |

---

## SUGGESTION OF DEATH

Plaintiff, Richard Jay VanderKolk, in accordance with FRCP 25, hereby suggests to the Court the death of Defendant, Christian Patrick Villani, who, upon information and belief, died on February 25, 2024.

Dated this 1st day of March, 2024

                                                       **Richard Jay VanderKolk**
                                                     Plaintiff - In Pro Per

9074 BRIGADOON LANE NORTH
WEST OLIVE, MI 49460



GRAND RAPIDS MI  493
9 MAR 2024  PM 3  L

U.S. COURT
WESTERN DISTRCT OF MICHIGAN
       399 FEDERAL BUILDING
110 MICHIGAN ST., NW
GRAND RAPIDS, MI
               49503

49503-236399